DEBEVOISE & PLIMPTON LLP
ERICH O. GROSZ
Egrosz@debevoise.com
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

LOEB & LOEB LLP
DANIEL G. MURPHY (SBN 141006)
Dmurphy@loeb.com
W. ALLAN EDMISTON (SBN 228246)
Aedmiston@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California  90067-4164
Telephone:  (310) 282-2000
Facsimile:  (310) 282-2200

Attorneys for Defendant
JOHN C. BOHAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-374 (PA) |
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF SUPERVISION FOR DEFENDANT JOHN C. BOHAN** |
| vs. | |
| JOHN C. BOHAN, | |
| Defendant. | |

Pursuant to Defendant John C. Bohan's Unopposed Motion to Modify Conditions of Supervision, it being the Court's understanding that neither the U.S. Probation Office nor the Government oppose the Motion, and for good cause shown, therefore:

IT IS HEREBY ORDERED that Defendant John C. Bohan's Unopposed Motion to Modify Conditions of Supervision is granted and, as a result: (1) the home confinement and electronic monitoring of Mr. Bohan shall terminate on November 28, 2008; (2) during Mr. Bohan's period of home confinement, he shall

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1786467.1
204564-10001

[PROPOSED] ORDER MODIFYING CONDITIONS OF SUPERVISION FOR
DEFENDANT JOHN C. BOHAN

1  be permitted to travel for business purposes within the 48 contiguous states of the

2  United States, subject to such conditions as the Probation Office considers

3  reasonable and appropriate; and (3) Mr. Bohan shall be removed from the Probation

4  Office's drug testing program as of today's date.

5        SO ORDERED this 1st day of July, 2008.

6

7

8

9  _____

10  THE HONORABLE PERCY ANDERSON
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1786467.1
204564-10001

[PROPOSED] ORDER MODIFYING CONDITIONS OF SUPERVISION FOR
DEFENDANT JOHN C. BOHAN

## PROOF OF SERVICE

I, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause.  My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4164.

On June ____, 2008, I served a true copy of the **[PROPOSED] ORDER MODIFYING CONDITIONS OF SUPERVISION FOR DEFENDANT JOHN C. BOHAN** on the parties in this cause as follows:

[X]    (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

| | |
|---|---|
| Douglas A. Axel, Esq. | Colin Henish |
| Asst. United States Attorney | Gregory Metoyer |
| Major Frauds Section | United States Probation Officers |
| 1100 United States Courthouse | United States Probation Office |
| 312 N. Spring Street | 312 N. Spring Street |
| Los Angeles, CA  90012 | Los Angeles, CA  90012 |

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service.  That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June ____, 2008, at Los Angeles, California.

_____
June O'Brien

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1786467.1
204564-10001

PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1786467.1
204564-10001