DEBEVOISE & PLIMPTON LLP
ERICH O. GROSZ
eogrosz@debevoise.com
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

LOEB & LOEB LLP
DANIEL G. MURPHY (SBN 141006)
dmurphy@loeb.com
W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California  90067-4164
Telephone:  (310) 282-2000
Facsimile:  (310) 282-2200

Attorneys for Defendant
JOHN C. BOHAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-374 (PA) |
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT JOHN C. BOHAN** |
| vs. | |
| JOHN C. BOHAN, | |
| Defendant. | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1836304.1
204564-10001

Pursuant to Defendant John C. Bohan's Unopposed Motion to Modify Conditions of Supervision, it being the Court's understanding that the Government and the U.S. Probation Office do not oppose the Motion, and for good cause shown, therefore:

IT IS HEREBY ORDERED that Defendant John C. Bohan's *Unopposed* Motion to Modify Conditions of Release is granted and that Mr. Bohan's conditions of release are hereby modified to permit him to travel outside the United States subject to the condition that he must provide the U.S. Probation Office with at least two weeks' advance notice of each such trip and must receive approval from the U.S. Probation Office prior to each such trip.

SO ORDERED this 25th day of January, 2009.

_____
THE HONORABLE PERCY ANDERSON
United States District Judge

cc: USPO

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1836304.1
204564-10001

2

[PROPOSED] ORDER  MODIFYING CONDITIONS
OF RELEASE FOR DEFENDANT JOHN C. BOHAN
Case No.  CR 03-374 PA